In the Matter of the Claim of SAMUEL SHAW, Respondent, against BROWERS GARAGE, INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. All concur. [See *ante*, p. 946.]

In the Matter of the Claim of ABRAHAM PUSCHETT, Appellant, against PLAYLAND PARK, INC., et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. All concur. [See *ante*, p. 946.]

THORNTON HUNTER, Appellant, v. STATE OF NEW YORK, Respondent. (Motion No. 843.) THORNTON HUNTER, as Administrator of the Estate of GALENA HUNTER, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. (Motion No. 844.) JOHN MARTIN, as Administrator of the Estate of BERNARD MARTIN, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. (Motion No. 845.) JOHN MARTIN, as Administrator of the Estate of ALDA MARTIN, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. (Motion No. 846.) — Motions for leave to appeal to the Court of Appeals denied, without costs. All concur. [See *ante*, p. 948.]

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. VIOLA GAGE, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. ARTHUR UNGER, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. GUY DUREY et al., as Executors of CYRUS DUREY, Deceased, Respondents. THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. KATHERINE G. FOLMSBEE et al., Respondents.— Decision of this court, handed down December 29, 1944 [*ante*, p. 1015] modified as follows: Judgment affirmed, with one bill of costs on appeal and disbursements to the successful respondents represented by Dennison & Pulsifer; and with one bill of costs on appeal and disbursements to the successful respondent represented by Gideon G. W. Green. All concur.

GEORGE H. FIELDS, Appellant, v. WESTERN MILLERS MUTUAL FIRE INSURANCE COMPANY, Respondent.— Motion to dismiss appeal granted, by default. All concur. [182 Misc. 895.]

## (January 12, 1945.)

In the Matter of the Claim of MARTHA GADZINSKI, Respondent, against SHEFFIELD FARMS COMPANY, INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award for death benefits payable to a physically disabled child over eighteen years of age. The child's disablement was found to be total and permanent. It is not questioned that the child has lost the use of both legs from infantile paralysis (poliomyelitis). Award affirmed, with costs to the State Industrial Board. All concur. [See 269 App. Div. 715.]